### (July 9, 1970)

#### (Republished)

In the Matter of LEONARD H. SALTZ (Admitted as LEONARD HERBERT SALTZ), an Attorney.—

Concur—

Capozzoli, J. P., McGivern, Markewich, McNally and Steuer, JJ.

### (July 16, 1970)

#### (Republished)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NORMAN PAYTON, Appellant.—

Concur—

Eager, J. P., Capozzoli, Steuer and Tilzer, JJ.